UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COURTNEY A. HAYES, No. 13401-025

    Petitioner,

v.

ERIC WILLIAMS, Warden,

    Respondent.

Case No. 20-cv-932-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Courtney A. Hayes's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice, that judgment is entered in favor of respondent Warden Eric Williams and against petitioner Courtney A. Hayes, and that this case is dismissed with prejudice.

**DATED: January 11, 2021**       **MARGARET M. ROBERTIE, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**